**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In Re: Debtor(s)
**Brian Russell Zappoli**
36 Dewey Drive
Adairsville, GA 30103

**xxx–xx–8749**

Case No.: **26–41083–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: October 7, 2026

New Form 132



Barbara Ellis−Monro
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-41083-bem
Brian Russell Zappoli Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 3
Date Rcvd: Oct 07, 2026 Form ID: 132 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Russell Zappoli, 36 Dewey Drive, Adairsville, GA 30103-3055 |
| cr | + | Yamasa Co. LTD, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 25965709 | | Scc, 555 Winderley Pl, Ste 100, Maitland, FL 32751-7133 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections@mycvcu.org | Oct 07 2026 21:02:00 | Coosa Valley Credit Union, 2010 Redmond Circle, Rome, GA 30165-1398 |
| 25965696 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 07 2026 21:19:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 25965697 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2026 21:19:16 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25965698 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2026 21:02:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, PO Box 183003, Columbus, OH 43218-3003 |
| 26038753 | + | Email/Text: wsa2law@yahoo.com | Oct 07 2026 21:02:00 | Coosa Valley Credit Union, THE AGEE LAW FIRM, LLC, P.O. Box 2284, Buford, GA 30515-9284 |
| 25965699 | + | Email/Text: collections@mycvcu.org | Oct 07 2026 21:02:00 | Coosa Valley Cu, 2010 Redmond Cir NW, Rome, GA 30165-1398 |
| 25965700 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2026 21:19:07 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 25965701 | | Email/Text: rentsupport@esusu.org | Oct 07 2026 21:01:00 | Esusu, Attn: Bankruptcy Dept, 200 Broadway Fl 3, New York, NY 10038-2542 |
| 25965702 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:19:05 | Fingerhut, Attn: Bankruptcy, PO Box 0260, Saint Cloud, MN 56395-0260 |
| 25965703 | ^ | MEBN | Oct 07 2026 21:03:13 | Firstkey Homes LLC, 600 Galleria Pkwy Ste 300, Atlanta, GA 30339-8146 |
| 25965704 | | Email/Text: brnotices@dor.ga.gov | Oct 07 2026 21:03:00 | Georgia Department of Revenue, Attn: Bankruptcy, 2595 Century Parkway NE Suite 339, Atlanta, GA 30345 |
| 25965705 | | Email/Text: reports@halstedfinancial.com | Oct 07 2026 21:01:00 | Halstead Financial, PO Box 828, Skokie, IL 60076 |
| 25965706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2026 21:02:00 | Internal Revenue Service, 401 West Peachtree Street, NW, Mail Stop 334-D, Atlanta, GA 30308 |
| 26004496 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 21:19:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25965707 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 21:19:10 | LVNV Funding/ Resurgent Capital, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 10497, Greenville, SC 29603-0497 |
| 25965708 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 07 2026 21:02:24 | Progressive, c/o Caine & Weiner, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 26071730 | + | Email/Text: BNCnotices@dcmservices.com | Oct 07 2026 21:02:00 | REDMOND ANESTHESIA & PAIN TREATMENT PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25965711 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 21:19:04 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 25965710 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 21:19:04 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 25967310 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 07 2026 21:02:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26149590 | + | Email/Text: bknotices@progressresidential.com | Oct 07 2026 21:08:00 | Yamasa Co LTD, Progress Residential Management, 2658 Holcomb Bridge Rd Suite 118, Alpharetta GA 30022-6822 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Kelly D. Thomas | on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Sonya Buckley Gordon | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| Susan H. Senay | on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.susan@gmail.com |

Wendell S. Agee
on behalf of Creditor Coosa Valley Credit Union wsa2law@yahoo.com

TOTAL: 7