**IT IS ORDERED as set forth below:**

**Date: November 6, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Brian Russell Zappoli | ) | |
| Debtor(s). | ) | CASE NO. 26-41083-bem |
| | ) | CHAPTER 13 |
| Yamasa Co. LTD, | ) | Chief Judge Barbara Ellis-Monro |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Brian Russell Zappoli, Debtor(s); Wendy Zappoli, Stacia Zappoli, Codebtor(s); and K. Edward Safir, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On September 1, 2026, Yamasa Co. LTD (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 16) (the "Motion"). The Motion concerns rented real property known as 36 Dewey Dr, Adairsville GA 30103 (the

"Property"). A hearing on said Motion was heard on October 28, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Sonya Buckley Gordon (w/ exp perm)
Sonya Buckley Gordon
GA BAR NO. 140987
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600, 2751 Buford Highway NE
Atlanta, GA 30324

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Brian Russell Zappoli, Debtors
36 Dewey Dr
Adairsville GA 30103

Wendy Zappoli, Codebtor
36 Dewey Dr
Adairsville GA 30103

Stacia Zappoli, Codebtor
36 Dewey Dr
Adairsville GA 30103