**IT IS ORDERED as set forth below:**

**Date: November 6, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>Brian Russell Zappoli<br><br>Debtor(s). | ) | CASE NO. 26-41083-bem<br>CHAPTER 13 |
| Yamasa Co. LTD,<br><br>Movant.<br><br>V.<br><br>Brian Russell Zappoli, Debtor(s); Wendy Zappoli, Stacia Zappoli, Codebtor(s); and K. Edward Safir, Trustee<br><br>Respondents. | ) | Chief Judge Barbara Ellis-Monro<br><br>CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On September 1, 2026, Yamasa Co. LTD (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 16) (the "Motion"). The Motion concerns rented real property known as 36 Dewey Dr, Adairsville GA 30103 (the

"Property"). A hearing on said Motion was heard on October 28, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Sonya Buckley Gordon (w/ exp perm)
Sonya Buckley Gordon
GA BAR NO. 140987
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600, 2751 Buford Highway NE
Atlanta, GA 30324

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Brian Russell Zappoli, Debtors
36 Dewey Dr
Adairsville GA 30103

Wendy Zappoli, Codebtor
36 Dewey Dr
Adairsville GA 30103

Stacia Zappoli, Codebtor
36 Dewey Dr
Adairsville GA 30103

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-41083-bem
Brian Russell Zappoli Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: pdf402 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Russell Zappoli, 36 Dewey Drive, Adairsville, GA 30103-3055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Matthew Totten, Esq.&line_sep;THE TOTTEN FIRM, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Kelly D. Thomas | on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. LTD mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |

Sonya Buckley Gordon
on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com

Susan H. Senay
on behalf of Debtor Brian Russell Zappoli E-Notice@mattberry.com;berry.associates.susan@gmail.com

Wendell S. Agee
on behalf of Creditor Coosa Valley Credit Union wsa2law@yahoo.com

TOTAL: 7